IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**CHRISTOPHER PHILLIPS, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                        No. 6:23-cv-6055-SOH

**OAKLAWN JOCKEY CLUB, INC.**                   **DEFENDANT**

## PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION, FOR APPROVAL AND DISTRIBUTION OF NOTICE AND FOR DISCLOSURE OF CONTACT INFORMATION

Plaintiff Christopher Phillips ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys Daniel Ford and Josh Sanford of Sanford Law Firm, PLLC, for his Motion for Conditional Certification, for Approval and Distribution of Notice and for Disclosure of Contact Information, states and alleges as follows:

1. Plaintiff brought this suit on behalf of certain former and current employees of Defendant Oaklawn Jockey Club, Inc. ("Defendant"), to recover overtime wages and other damages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA") and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA").

2. Plaintiff brings this action as a collective action pursuant to 29 U.S.C. § 216(b). Plaintiff asks this Court to conditionally certify the following collective:

**All Slot Technician Supervisors employed by Defendant since May 2, 2020.**

3. Plaintiff and the members of the collective are sufficiently similarly situated that conditional certification of the proposed collective is appropriate.

Page 1 of 3
Christopher Phillips, et al. v. Oaklawn Jockey Club, Inc.
U.S.D.C. (W.D. Ark.) No. 6:23-cv-6055-SOH
Motion for Conditional Certification, etc.

4. Attached as Exhibits 1 and 2, respectively, are the *Notice* and *Consent to Join* proposed by Plaintiff for distribution in this case. Attached as Exhibit 3 is the *Electronic Notice* proposed by Plaintiff for electronic distribution in this case. The *Notices* and *Consent* make no comment on the merits of the case. The *Notices* are narrowly drawn to notify potential collective members of the pending litigation, the composition of the collective and their right to "opt in" to the litigation.

5. Plaintiff requests a period of ninety days to distribute the *Notice* and file *Consent* forms with this Court and requests this Court to enter an Order directing Defendant to produce the names, last known home and work addresses, phone numbers and email addresses of potential opt-in plaintiffs no later than seven days after the date of the entry of the Order granting this Motion.

6. Plaintiff requests that this Court permit him to provide the *Notice* to potential opt-in plaintiffs through U.S. Mail and email and that this Court permit Plaintiff to distribute a follow-up reminder notice via email or U.S. Mail.

7. Plaintiff incorporates his Brief in Support of this Motion, filed concurrently herewith.

8. In support of his Motion, Plaintiff incorporates the following exhibits:

   Ex. 1: Proposed Notice of Right to Join Lawsuit ("*Notice*");
   Ex. 2: Proposed Consent to Join ("*Consent to Join*");
   Ex. 3: Proposed Email Text ("*Email Text*");
   Ex. 4: Proposed Reminder Postcard ("*Postcard*");
   Ex. 5: Declaration of Josh Sanford; and
   Ex. 6: Declaration of Christopher Phillips.

WHEREFORE, premises considered, Plaintiff prays that the Court conditionally certify the proposed collective; that Defendant be ordered to provide the names and last known mailing addresses, cell phone numbers, and email addresses of all potential

Page 2 of 3
Christopher Phillips, et al. v. Oaklawn Jockey Club, Inc.
U.S.D.C. (W.D. Ark.) No. 6:23-cv-6055-SOH
Motion for Conditional Certification, etc.

collective members no later than seven days after the date of the entry of the Order granting this Motion; for approval and sending of the attached *Notice* and *Consent to Join* forms to all collective members as set forth herein, including leave to send a reminder email (or alternatively a follow-up postcard), beginning thirty days after the opt-in period begins, to potential plaintiffs who have not responded to the *Notice*; that the Court grant counsel a period of ninety days during which to distribute the *Notice* and to file opt-in plaintiffs' *Consent* forms with this Court; that the Court approve of Plaintiff's proposed language for electronic distribution of *Notice*; for costs and a reasonable attorney's fee; and for all other relief to which Plaintiff may be entitled.

Respectfully submitted,

**CHRISTOPHER PHILLIPS, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 3 of 3
Christopher Phillips, et al. v. Oaklawn Jockey Club, Inc.
U.S.D.C. (W.D. Ark.) No. 6:23-cv-6055-SOH
Motion for Conditional Certification, etc.