IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**CHRISTOPHER PHILLIPS, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.            No. 6:23-cv-6055-SOH

**OAKLAWN JOCKEY CLUB, INC.**            **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

      I was employed as a salaried Slot Technician Supervisor for Oaklawn Jockey Club, Inc. on or after May 2, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____             _____
SIGNATURE            Mailing Address

_____             _____
PRINTED NAME            City, State and Zip

Date: _____, 2023            _____
           Email Address

           _____
           Telephone

**Daniel Ford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**daniel@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE _____ ___, 2023**