IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**CHRISTOPHER PHILLIPS, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                No. 6:23-cv-6055-SOH

**OAKLAWN JOCKEY CLUB, INC.**          **DEFENDANT**

## SECOND NOTICE OF RIGHT TO JOIN LAWSUIT

On _____ __, 2023, you were sent a **Notice of Right to Join Lawsuit** informing you of a lawsuit in which you may be a member as an Opt-In Plaintiff. You are being sent this second notice because you have not yet joined the lawsuit. If you did not receive the first Notice and would like a copy, please contact Plaintiff's attorney listed below. <u>If you already sent a Consent, it has not been received.</u> The consent must be received by _____ __, 2023.

Mr. Daniel Ford
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Fax: (888) 787-2040
Email: daniel@sanfordlawfirm.com