IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**CHRISTOPHER PHILLIPS, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

v.          Case No. 6:23-cv-6055-SOH

**OAKLAWN JOCKEY CLUB, INC.**     **DEFENDANT**

### Affidavit of Eric Gilson

STATE OF ARKANSAS     )
COUNTY OF GARLAND     )

I, Eric Gilson, after being duly sworn on oath do state as follows:

1. I am a resident of Garland County, Arkansas and have reached the age of majority.

2. I am the Vice President of Human Resources for the Defendant in this matter, Oaklawn Jockey Club, Inc. I am familiar with the above-captioned lawsuit and the Plaintiff's employment.

3. Christopher Phillips' most recent stint of employment Oaklawn was from May 18, 2021 until October 22, 2022. His job title was Slot Tech Supervisor, which is a salaried exempt supervisor position in the Oaklawn casino. Mr. Phillips had a prior stint of employment between March 18, 2011 through August 10, 2019.

4. As a salaried exempt supervisor, Oaklawn paid Mr. Phillips a bi-weekly salary of $1,591.35, or $795.67 per week, paid on a salary basis.

5. The position of Slot Tech Supervisor no longer exists at Oaklawn as of January 1, 2023. The former Slot Tech Supervisors were given a chance to take a non-supervisory hourly position or apply for a Slot Tech Shift Manager position, which is a salaried exempt supervisor position.

FEC/10104.0806/10156860.1-7/14/23


EXHIBIT A

6. There are only three other individuals that worked as Slot Tech Supervisors during Mr. Phillips' most recent tenure and a fourth individual worked as a Slot Tech Supervisor for approximately a month of Mr. Phillips' most recent tenure. Alex Robertson has not worked at Oaklawn since September 2020.

7. One of the primary duties of a Slot Tech Supervisor was to supervise the Slot Technicians assigned to the Supervisor's shift. There were anywhere from two to four Slot Technicians assigned at a time to the shift when Mr. Phillips worked.

8. Mr. Phillips did in fact manage and supervise the work of the Slot Technicians on his shift, as did other Slot Tech Supervisors. Mr. Phillips initiated and drafted disciplinary documents for a Slot Technician that ultimately resulted in discharge of the Slot Technician. The Slot Manager consulted with Mr. Phillips regarding the situation and sought Mr. Phillips' recommendation. Oaklawn has documented one-on-one conversations that Mr. Phillips had with various Slot Technicians for the purpose of discussing performance and/or attendance issues in documented coaching discipline.

_____
Eric Gilson

STATE OF ARKANSAS  )
                   ) ss.
COUNTY OF PULASKI  )

SUBSCRIBED AND SWORN to before me, a Notary Public on this 14th day of July, 2023.

_____
Notary Public

My Commission Expires:

1-28-2025

[Notary Seal: KELLIE HILL-DAVIS, COMM. EXP. 1-28-2025, No. 12402756, LONOKE COUNTY, NOTARY PUBLIC-ARKANSAS]

FEC/10104.0806/10156860.1-7/14/23