IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**CHRISTOPHER PHILLIPS, Individually and**                  **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                No. 6:23-cv-6055-SOH

**OAKLAWN JOCKEY CLUB, INC.**                                **DEFENDANT**

**<u>MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION</u>**

    Plaintiff Christopher Phillips, individually and on behalf of all others similarly situated, by and through his attorneys Daniel Ford and Josh Sanford of Sanford Law Firm, PLLC, for their Motion for Leave to File Reply in Support of Plaintiff's Motion for Conditional Certification, for Approval and Distribution of Notice and for Disclosure of Contact Information, states and alleges as follows:

    1.     Plaintiff asks for leave to file a Reply in Support of their Motion for Conditional Certification, for Approval and Distribution of Notice and for Disclosure of Contact Information, ECF No. 10, for a sufficient and lawful reason.

    2.     The proposed Reply addresses facts raised for the first time in Defendant's Response to Plaintiff's Motion, ECF No. 12, as well as unsupported legal arguments made by Defendant therein.

    3.     A copy of Plaintiff's proposed Reply in Support of his Motion for Conditional Certification is attached hereto as Exhibit 1.

    WHEREFORE, premises considered, Plaintiff Christopher Phillips respectfully requests an Order of this Court granting leave to file Plaintiff's Reply in Support of his

Page 1 of 2
Ila Moses, et al. v. Bost, Inc.
Christopher Phillips, et al. v. Oaklawn Jockey Club, Inc.
U.S.D.C. (W.D. Ark.) No. 6:23-cv-6055-SOH
of Motion for Conditional Certification

Motion for Conditional Certification, for Approval and Distribution of Notice and for Disclosure of Contact Information, and for such other relief as may be just and proper.

        Respectfully submitted,

**CHRISTOPHER PHILLIPS, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Ila Moses, et al. v. Bost, Inc.
Christopher Phillips, et al. v. Oaklawn Jockey Club, Inc.
U.S.D.C. (W.D. Ark.) No. 6:23-cv-6055-SOH
of Motion for Conditional Certification