AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

Christopher Phillips, Individually and on behalf of All Others Similarly Situated )
)
) Case No. 6:23-CV-06055-SOH
Oaklawn Jockey Club, Inc. )
*Defendant* )

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Oaklawn Jockey Club, Inc.

Date: 09/25/2023

*Attorney's signature*

Anuj Teotia (Ark. Bar No. 2023118)
*Printed name and bar number*

Friday, Eldredge & Clark, LLP
400 W. Capitol Avenue, Suite 2000
Little Rock, AR 72201

*Address*

ateotia@fridayfirm.com
*E-mail address*

501-370-1463
*Telephone number*

501-244-5305
*FAX number*