# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | | |
|---|---|---|
| CHRISTOPHER PHILLIPS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:23-cv-06055-SOH |
| OAKLAWN JOCKEY CLUB, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Christopher Phillips                                                                                           .

Date:    10/06/2023

/s/ Colby Qualls
*Attorney's signature*

Colby Qualls, Bar No. 2019246
*Printed name and bar number*

400 North Saint Paul Street, Suite 700,
Dallas, TX 75201

*Address*

cqualls@foresterhaynie.com
*E-mail address*

(214) 210-2100
*Telephone number*

(469) 399-1070
*FAX number*