AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | | |
|---|---|---|
| CHRISTOPHER PHILLIPS, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:23-cv-06055-SOH |
| OAKLAWN JOCKEY CLUB, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Christopher Phillips.

Date: 10/06/2023

/s/ Katherine Serrano
*Attorney's signature*

Katherine Serrano, TX Bar No. 24110764
*Printed name and bar number*

400 North Saint Paul Street, Suite 700,
Dallas, TX 75201

*Address*

kserrano@foresterhaynie.com
*E-mail address*

(214) 210-2100
*Telephone number*

(469) 399-1070
*FAX number*