IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER PHILLIPS, Individually
and on Behalf of Others Similarly Situated                                                PLAINTIFF

v.                                             Case No. 6:23-cv-6055

OAKLAWN JOCKEY CLUB, INC.                                                                DEFENDANT

**ORDER**

Before the Court is a Motion to Withdraw (ECF No. 21) filed by attorneys Daniel Ford and Josh Sanford, current counsel of record for Plaintiff.  They state that Daniel Ford has resigned from the Sanford Law Firm, PLLC, and that Plaintiff has retained other counsel of record, Colby Qualls and Katherine Serrano.[1]  Thus, Mr. Ford and Mr. Sanford request that they be withdrawn as counsel of record for Plaintiff.  Plaintiff will continue to be represented by Mr. Qualls and Katherine Serrano.

Upon review, the Court finds that good cause for the instant motion has been shown.  Accordingly, the Motion to Withdraw (ECF No. 21) is hereby **GRANTED**.  Daniel Ford and Josh Sanford are herby relieved as counsel of record for Plaintiff Christopher Phillips.  The Clerk of Court is hereby **directed** to remove Mr. Ford and Mr. Sanford from the CM/ECF notifications system for this case.  Plaintiff will continue to be represented by his new counsel of record, Colby Qualls and Katherine Serrano.

**IT IS SO ORDERED**, this 11th day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Mr. Qualls and Ms. Serrano have entered their Notices of Appearance on behalf of Plaintiff.  ECF Nos. 19 & 20.